```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02770-JJT
Linda G. Lehman Riley                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: karendavi          Page 1 of 1           Date Rcvd: Oct 25, 2017
                         Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
          +MR CHARLES R RILEY,   37 EAST POTTSVILLE STREET,   PINE GROVE, PA 17963-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
          Andrew L Spivack    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          David S. Gellert    on behalf of Debtor 1 Linda G. Lehman Riley dsgrdg@ptdprolog.net
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Joseph P Schalk    on behalf of Creditor    Santander Bank, N.A. jschalk@barley.com,
           sromig@barley.com
          Mario John Hanyon    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
          Thomas  Song    on behalf of Creditor    Santander Bank, N.A. thomas.song@phelanhallinan.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | | |
|---|---|---|
| IN RE: | : | |
| LINDA G. LEHMAN RILEY | : | BK. No. 5:16-bk-02770-JJT |
| A/K/A LINDA G RILEY | : | |
|     Debtor | : | Chapter No. 13 |
| | : | |
| SANTANDER BANK, N.A. | : | |
|     Movant | : | |
| v. | : | |
| LINDA G. LEHMAN RILEY | : | 11 U.S.C. §362 and 1301 |
| A/K/A LINDA G RILEY | : | |
| CHARLES R. RILEY (Non-filing Co-debtor) | | |
|     Respondents | | |

**ORDER**

The Stipulation by and between Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, **SANTANDER BANK, N.A.**, and David S. Gellert, Esquire, counsel for the Debtor, settling the Motion for Relief from the Automatic Stay is hereby approved, shall be, and is hereby made an Order of this Court. A further Order of the Court shall be necessary to lift the Automatic Stay.

Dated: October 25, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)