```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 16-02770-JJT
Linda G. Lehman Riley                                             Chapter 13
      Debtor                    CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: KADavis          Page 1 of 1              Date Rcvd: Jul 23, 2018
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
4822502        Santander Bank, N.A.,   Attn: Bankruptcy Dept.,   MC: 10-6438-FB4,
                601 Penn Street, Reading, PA 19601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
              Andrew L Spivack    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor 1 Linda G. Lehman Riley dsgrdg@ptdprolog.net
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Santander Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Mario John Hanyon    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Dovenmuehle Mortgage, Inc. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-02770-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Linda G. Lehman Riley
37 East Pottsville Street
Pine Grove PA 17963

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/20/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: Santander Bank, N.A., Attn: Bankruptcy Dept., MC: 10-6438-FB4, 601 Penn Street, Reading, PA 19601

Name and Address of Transferee:

Santander Bank, N.A.
(by: Dovenmuehle Mortgage, Inc.)
P.O. Box 371306
Pittsburgh, PA 15250-7306

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/25/18

Terrence S. Miller
**CLERK OF THE COURT**