```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-02770-RNO
Linda G. Lehman Riley                                           Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5      User: KADavis          Page 1 of 1          Date Rcvd: Mar 15, 2019
                          Form ID: nthrgreq      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
4807231        +Charles R. Riley,    37 E. Pottsville St.,    Pine Grove, PA 17963-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Andrew L Spivack    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor 1 Linda G. Lehman Riley dsgrdg@ptdprolog.net
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Santander Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Mario John Hanyon    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Dovenmuehle Mortgage, Inc. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Linda G. Lehman Riley
aka Linda G Riley

**Debtor 1**

Chapter: 13

Case number: 5:16−bk−02770−RNO

Document Number: 54,55,57

Matter: Objection to Certification of Default/Motion for Reconsideration

SANTANDER BANK, N.A.
**Movant(s)**

vs.

LINDA G. LEHMAN RILEY A/K/A LINDA G. RILEY
CHARLES R. RILEY (Non−Filing Co−debtor)
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on July 1, 2016.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: April 18, 2019**  **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: KADavis, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 15, 2019

nthrgreq(02/19)