```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                            Case No. 16-02770-RNO
Linda G. Lehman Riley                                             Chapter 13
      Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: KADavis          Page 1 of 1          Date Rcvd: Mar 15, 2019
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
4807231        +Charles R. Riley,   37 E. Pottsville St.,   Pine Grove, PA 17963-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
              Andrew L Spivack    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor 1 Linda G. Lehman Riley dsgrdg@ptdprolog.net
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Santander Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Mario John Hanyon    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Dovenmuehle Mortgage, Inc. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LINDA G. LEHMAN RILEY A/K/A LINDA G. RILEY<br>CHARLES R. RILEY (Non-Filing Co-debtor)<br>Debtors | BK. No. 5:16-bk-02770 RNO<br><br>Chapter No. 13 |
| SANTANDER BANK, N.A.<br>Movant<br>v.<br>LINDA G. LEHMAN RILEY A/K/A LINDA G. RILEY<br>CHARLES R. RILEY (Non-Filing Co-debtor)<br>Respondents | 11 U.S.C. §362 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY and SECTION 1301 CO-DEBTOR STAY**

Upon consideration of Motion of **SANTANDER BANK, N.A.** (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301, is granted with respect to, 37 EAST POTTSVILLE STREET, PINE GROVE, PA 17963(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

Dated: March 15, 2019

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)