```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 16-02770-RNO
Linda G. Lehman Riley                                          Chapter 13
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5         User: KarenDavi           Page 1 of 1          Date Rcvd: Jan 09, 2020
                             Form ID: ordsmiss         Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db            +Linda G. Lehman Riley,    37 East Pottsville Street,    Pine Grove, PA 17963-1523
4807231       +Charles R. Riley,    37 E. Pottsville St.,    Pine Grove, PA 17963-1523
4807233       +Santander Bank, N.A.,    601 Penn St.,    Reading, PA 19601-3563
5086026        Santander Bank, N.A.,    (by: Dovenmuehle Mortgage, Inc.),    P.O. Box 371306,
                 Pittsburgh, PA 15250-7306
4822502        Santander Bank, N.A.,    Attn: Bankruptcy Dept.,    MC: 10-6438-FB4,
                 601 Penn Street, Reading, PA 19601
4837453       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4807232        E-mail/Text: bankruptcynotices@psecu.com Jan 09 2020 17:07:55      PSECU,    P. O. Box 67013,
                 Harrisburg, PA 17106-7013
4808060        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 17:07:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
4807234        EDI: TFSR.COM Jan 09 2020 22:08:00      Toyota Motor Credit Corp.,    5005 N. River Blvd., N.E.,
                 Cedar Rapids, IA 52411-6634
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5086027*        Santander Bank, N.A.,    (by: Dovenmuehle Mortgage, Inc.),    P.O. Box 371306,
                  Pittsburgh, PA 15250-7306
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              Andrew L Spivack     on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Debtor 1 Linda G. Lehman Riley dsgrdg@ptdprolog.net
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Santander Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Mario John Hanyon     on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Thomas Song     on behalf of Creditor    Santander Bank, N.A. pamb@fedphe.com
              Thomas Song     on behalf of Creditor    Dovenmuehle Mortgage, Inc. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Linda G. Lehman Riley,<br>aka Linda G Riley,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:16–bk–02770–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: January 9, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

ordsmiss (05/18)